|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  |                                                                 |
| 2  |                                                                 |
| 3  |                                                                 |
| 4  |                                                                 |
| 5  |                                                                 |
| 6  |                                                                 |
| 7  |                                                                 |
| 8  | IN THE UNITED STATES DISTRICT COURT                             |
| 9  | FOR THE EASTERN DISTRICT OF CALIFORNIA                          |
| 10 | GLYNNON EVINS,                                                  |
| 11 |     Petitioner,    No. CIV S 05-2224 DFL DAD P |
| 12 |   vs.                                                 |
| 13 | A.P. KANE, Warden, et al.,                                      |
| 14 |     Respondent.    ORDER                    |
| 15 | _____/                                |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

/////

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: November 9, 2005.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
evin2224.101a