IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLYNNON EVINS,

      Petitioner,                    No. CIV S 05-2224 DFL DAD P

      vs.

A.P. KANE, Warden, et al.,

      Respondent.               ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00).  <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

/////

1

1           2.  The Clerk of the Court is directed to send petitioner a copy of the in forma
2  pauperis form used by this district.
3  DATED: November 9, 2005.
4
5                                        *Dale A. Drozd*
                                        DALE A. DROZD
6                                        UNITED STATES MAGISTRATE JUDGE
7  DAD:mp
   evin2224.101a
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26