IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLYNNON EVINS,

    Petitioner,                          No. CIV S-05-2224 DFL DAD P

    vs.

A.P. KANE, Warden, et al.,

    Respondents.                      ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        In 1986, petitioner was convicted of murder in the second degree following a jury trial before the Fresno County Superior Court. In this action, petitioner is challenging Governor Schwarzenegger's February 11, 2004, reversal of the Board of Prison Terms' September 15, 2003 decision finding petitioner suitable for parole.

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's habeas petition within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An

1

1 answer shall be accompanied by all transcripts and other documents relevant to the issues
2 presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

3     2. If the response to the habeas petition is an answer, petitioner's reply, if any,
4 shall be filed and served within thirty days after service of the answer;

5     3. If the response to the habeas petition is a motion, petitioner's opposition or
6 statement of non-opposition to the motion shall be filed and served within thirty days after
7 service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days
8 thereafter; and

9     4. The Clerk of the Court shall serve a copy of this order together with a copy of
10 the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jennifer A. Neill, Lead
11 Supervising Deputy Attorney General.

12 DATED: November 30, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
evin2224.100