IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLYNNON EVINS,<br><br>　　　　　　　　Petitioner,<br><br>　　vs.<br><br>BEN CURRY,[1] Warden, Correctional Training Facility,<br><br>　　　　　　　　Respondent. | No. 2:05-cv-02224-TMB<br><br>ORDER TO SHOW CAUSE |

　　　　IT IS HEREBY ORDERED THAT, within 15 days of the date of this order, the parties are to show cause why further proceedings in this matter should not be stayed pending the issuance of the mandate by the United States Court of Appeals for the Ninth Circuit in *Hayward v. Marshall*, 512 F.3d 536, *rehrg en banc granted*, 527 F.3d 797 (9th Cir. 2008), Case No. 06-55392.

　　　　Dated:  December 2, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/ Timothy M. Burgess
　　　　　　　　　　　　　　　　　　　　　　　　　　　TIMOTHY M. BURGESS
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Ben Curry, Warden, Correctional Training Facility, is substituted for A. P. Kane, Warden, Correctional Training Facility.  Fed. R. Civ. P. 17(d)