IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLYNNON EVINS,<br><br>                Petitioner,<br><br>vs.<br><br>RANDY GROUNDS,[1] Warden (A),<br>Correctional Training Facility,<br><br>                Respondent. | No. 2:05-cv-02224-TMB<br><br>ORDER TO EXPAND THE RECORD |

      In his petition, Glynnon Evins has raised as his second ground for relief that the provision providing for gubernatorial review of the decision of the Board of Prison Terms violates the *Ex Post Facto* Clause of the United States Constitution. Respondent does not address this ground in his answer. Furthermore, although the decisions of the California courts, which also do not address this ground, have been appended to the Answer, the record does not contain a copy of the petitions for habeas corpus relief filed in the state courts. This omission makes it virtually impossible for this court to apply the applicable standard of review to the decisions of the state courts.

      **IT IS THEREFORE ORDERED THAT**, within 21 days of the entry of this Order, Respondent must file electronically, and serve on Petitioner, a copy of the petitions for habeas corpus relief filed in the California state courts in this matter.[2]

      Dated: June 8, 2010.

                                                          s/ Timothy M. Burgess
                                                          TIMOTHY M. BURGESS
                                                          United States District Judge

---

    [1] Randy Grounds, Warden (A), Correctional Training Facility, is substituted for Ben Curry, Warden, Correctional Training Facility. Fed. R. Civ. P. 25(d).

    [2] *See* Rules—Section 2254 Cases, Rule 7(a).