IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLYNNON EVINS,<br><br>                Petitioner,<br><br>    vs.<br><br>RANDY GROUNDS, Warden (A),<br>Correctional Training Facility,<br><br>                Respondent. | No. 2:05-cv-02224-TMB<br><br>DISMISSAL ORDER |

      Petitioner Glynnon Evins, proceeding *pro se*, filed a petition for habeas corpus relief under 28 U.S. § 2254 challenging the Governor's reversal of the decision of the Board of Parole Hearings to grant him parole. At Docket No. 21 Respondent notified the Court that on June 17, 2010, Petitioner was released from custody to parole status. Consequently, Respondent contends this matter should be dismissed as moot. Under the facts and circumstances of this case as set forth in the pleadings on file, the court has determined that there is no further appropriate relief that this court could grant. Accordingly, the matter is now moot.[1]

      **IT IS THEREFORE ORDERED THAT** the petition for habeas corpus relief filed herein is **DISMISSED**.

      The Clerk of the Court to enter final judgment accordingly.

      Dated: July 20, 2010.

                                                  s/ Timothy M. Burgess
                                                     TIMOTHY M. BURGESS
                                                   United States District Judge

---

[1] *See Church of Scientology v. United States,* 506 U.S. 9, 12 (1992); *Serena v. Mock,* 547 F.3d 1051, 1053 (9th Cir. 2008) (quoting *Feldman v. Bomar,* 518 F.3d 637, 642 (9th Cir. 2008)); *Ruvalcaba v. City of Los Angeles,* 167 F.3d 514, 521 (9th Cir. 1999).